IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL HUBBARD,

        Plaintiff,                    No. CIV S-09-0939 JAM GGH P

   vs.

C.D. HOUGLAND, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 29, 2009, the court found that plaintiff's complaint stated a colorable claim for relief and ordered plaintiff to return the forms necessary to effect service within thirty days.

        On May 18, 2009, plaintiff filed a motion to suspend this action to allow the prison officials the time necessary to supply the law library with books regarding civil procedure, the rules of court and the government codes. Plaintiff does not state whether the law library is missing the state and federal rules, or both. Plaintiff also contends that at this time the research material available in the law library is unreliable as is access to the law library and photocopying service.

/////

1

1       Plaintiff does not describe why his ability to litigate this action at this time is
2 impeded by the alleged inadequacies of the law library. Plaintiff also does not specifically allege
3 when he has been denied law library access or photocopying services in regards to this action.
4 Plaintiff's motion is denied because it is not well supported.
5       Accordingly, IT IS HEREBY ORDERED that plaintiff's May 18, 2009, motion to
6 suspend all further action (no. 15) is denied.

7 DATED: June 9, 2009

8                 /s/ Gregory G. Hollows
9                 UNITED STATES MAGISTRATE JUDGE

12 hub939.ord