IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL HUBBARD,

    Plaintiff,                           No. CIV S-09-0939 JAM GGH P

  vs.

C.D. HOUGLAND, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        On June 18, 2009, plaintiff filed a request for the Clerk of the Court to send him eleven subpoenas that he may use to conduct depositions by written questions pursuant to Fed. R Civ. P. 31.

        To obtain a deposition by written questions, plaintiff has to pay the witness fee of $45 per day pursuant to 28 U.S.C. § 1821 (if the witness is not a party), deposition officer fee, court reporter fee and the cost of the transcript of the proceedings.  <u>See</u> Fed. R. Civ. P. 31. Before the court directs the Clerk to issue the requested subpoenas, plaintiff must demonstrate that he can pay these fees and costs.  Plaintiff's in forma pauperis status does not waive the payment of these fees and costs.  <u>See</u> <u>Tedder v. Odel</u>, 890 F.2d 210, 211 (9th Cir. 1989). Because plaintiff has not demonstrated his ability to pay these fees and costs, the request is denied.

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for subpoenas
2 (no. 21) is denied without prejudice.
3 DATED: June 26, 2009
4                                                       /s/ Gregory G. Hollows
5                                            UNITED STATES MAGISTRATE JUDGE

8 hub939.dep