IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL HUBBARD,

      Plaintiff,                  No. CIV S-09-0939 JAM GGH P

  vs.

C.D. HOUGLAND, et al.,

      Defendants.           ORDER

_____/

      On September 8, 2009, plaintiff filed a motion to proceed in forma pauperis. Because the court previously granted plaintiff's earlier motion to proceed in forma pauperis, the pending motion is denied as unnecessary.

      On September 9, 2009, plaintiff filed a first amended complaint. On September 14, 2009, defendants filed an answer to the original complaint.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's September 9, 2009, motion to proceed in forma pauperis (no. 25) is denied as unnecessary;

      2. Within twenty days of the date of this order, defendants shall file a response to plaintiff's September 9, 2009, first amended complaint;

/////

1

3. The Clerk of the Court shall serve a copy of the September 9, 2009, first amended complaint on defendants.

DATED: September 21, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

hub939.ame