1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL HUBBARD,

11              Plaintiff,                    No. CIV S-09-0939 JAM GGH P

12        vs.

13   C.D. HOUGLAND, et al.,

14              Defendants.           <u>ORDER</u>

15   _____/

16              On September 23, 2009, plaintiff filed a second amended complaint.

17   Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order,

18   defendants shall file a response to the second amended complaint (no. 30).

19   DATED: October 22, 2009

20                                        /s/ Gregory G. Hollows

21                                        _____
                                          UNITED STATES MAGISTRATE JUDGE

22

23

24   hub939.am2

25

26

                                       1