GEORGE C. HARRIS (CA SBN 111074)
GHarris@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiff
DARRYL HUBBARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darryl Hubbard,<br><br>                    Plaintiff,<br><br>     v.<br><br>C.D. Hougland and D.K. McBride,<br><br>                    Defendant. | Case No.   2:09-CV-0939-JAM GGH P<br><br>**STIPULATION REGARDING PARTIAL LIFT OF DISCOVERY STAY AND CONTINUING DEADLINE FOR SUBMISSION OF WITNESS AND EXHIBIT LISTS AND ORDER** |

WHEREAS, the Court issued an order on April 5, 2010 staying all discovery in this case pending the outcome of Defendants' motion to dismiss [Dkt. 63];

WHEREAS, the Court issued an order granting Defendants' motion to dismiss on September 22, 2010 [Dkt. 76];

WHEREAS¸ on March 7, 2012, the United States Court of Appeals for the Ninth Circuit reversed and remanded and ordered an evidentiary hearing on the issue of administrative exhaustion [Dkt. 83, 86];

WHEREAS, on April 27, 2012 the Court ordered that an evidentiary hearing will be held on August 14, 2012, at 9:00 am [Dkt. 87];

WHEREAS, in the April 27, 2012 order, the Court ordered that the parties shall submit witness lists and exhibit lists on or before June 29, 2012 [Dkt. 87];

1    WHEREAS, the parties have met and conferred and agree that a partial lift of the
2    discovery stay is appropriate in order to fully develop the factual record on exhaustion of
3    administrative remedies;

4    WHEREAS, the parties have met and conferred and agree that the deadline for submission
5    of witness lists and exhibit lists should be moved to July 20, 2012 to allow the parties sufficient
6    time to serve and respond to discovery in advance of submitting witness and exhibit lists;

7    IT IS HEREBY STIPULATED AND AGREED that:

8    1.    Effective as of the date of entry of this order, the stay on discovery is partially
9    lifted as to the issue of exhaustion of administrative remedies;

10    2.    Discovery requests served before the entry date of this order shall be treated as
11    served on the entry date of this order;

12    3.    Any further requests for written discovery must be served within two court days of
13    the entry of this order;

14    4.    Written discovery responses are due via electronic or personal service on or before
15    July 13, 2012;

16    5.    The parties shall submit witness lists and exhibit lists on or before July 20, 2012;

17    6.    The partial lift of the discovery stay as to the issue of exhaustion of administrative
18    remedies shall expire on July 20, 2012;

19    IT IS SO STIPULATED

| | | |
|---|---|---|
| 1 | Dated: June _14_, 2012 | GEORGE C. HARRIS |
| 2 | | STACEY M. SPRENKEL |
| | | ROBERT L. CORTEZ WEBB |
| 3 | | MORRISON & FOERSTER LLP |

By:  /s/ Robert L. Cortez Webb
     ROBERT L. CORTEZ WEBB

Attorneys for Plaintiff
DARRYL HUBBARD

Dated: June _14_, 2012

KAMALA D. HARRIS
CHRISTOPHER J. BECKER

By:  /s/ Christopher J. Becker,
     (as authorized on June 14, 2012)
     CHRISTOPHER J. BECKER

Attorneys for Defendants
C.D. HOUGLAND, ET AL.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 19, 2012    /s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE