GEORGE C. HARRIS (CA SBN 111074)
GHarris@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiff
DARRYL HUBBARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darryl Hubbard,<br><br>                            Plaintiff,<br><br>        v.<br><br>C.D. Hougland and D.K. McBride,<br><br>                            Defendant. | Case No.    2:09-CV-0939-JAM GGH P<br><br>**STIPULATION REGARDING PARTIAL LIFT OF DISCOVERY STAY AND CONTINUING DEADLINE FOR SUBMISSION OF WITNESS AND EXHIBIT LISTS AND ORDER** |

WHEREAS, the Court issued an order on April 5, 2010 staying all discovery in this case

pending the outcome of Defendants' motion to dismiss [Dkt. 63];

WHEREAS, the Court issued an order granting Defendants' motion to dismiss on

September 22, 2010 [Dkt. 76];

WHEREAS¸ on March 7, 2012, the United States Court of Appeals for the Ninth Circuit

reversed and remanded and ordered an evidentiary hearing on the issue of administrative

exhaustion [Dkt. 83, 86];

WHEREAS, on April 27, 2012 the Court ordered that an evidentiary hearing will be held

on August 14, 2012, at 9:00 am [Dkt. 87];

WHEREAS, in the April 27, 2012 order, the Court ordered that the parties shall submit

witness lists and exhibit lists on or before June 29, 2012 [Dkt. 87];

1       WHEREAS, the parties have met and conferred and agree that a partial lift of the

2  discovery stay is appropriate in order to fully develop the factual record on exhaustion of

3  administrative remedies;

4       WHEREAS, the parties have met and conferred and agree that the deadline for submission

5  of witness lists and exhibit lists should be moved to July 20, 2012 to allow the parties sufficient

6  time to serve and respond to discovery in advance of submitting witness and exhibit lists;

7       IT IS HEREBY STIPULATED AND AGREED that:

8       1.    Effective as of the date of entry of this order, the stay on discovery is partially

9  lifted as to the issue of exhaustion of administrative remedies;

10      2.    Discovery requests served before the entry date of this order shall be treated as

11  served on the entry date of this order;

12      3.    Any further requests for written discovery must be served within two court days of

13  the entry of this order;

14      4.    Written discovery responses are due via electronic or personal service on or before

15  July 13, 2012;

16      5.    The parties shall submit witness lists and exhibit lists on or before July 20, 2012;

17      6.    The partial lift of the discovery stay as to the issue of exhaustion of administrative

18  remedies shall expire on July 20, 2012;

19      IT IS SO STIPULATED

20

21

22

23

24

25

26

27

28

1    Dated: June _14_, 2012              GEORGE C. HARRIS
                                         STACEY M. SPRENKEL
2                                        ROBERT L. CORTEZ WEBB
                                         MORRISON & FOERSTER LLP
3

4
                                         By:  /s/ Robert L. Cortez Webb
5                                             ROBERT L. CORTEZ WEBB

6                                        Attorneys for Plaintiff
                                         DARRYL HUBBARD
7    Dated: June _14_, 2012              KAMALA D. HARRIS
                                         CHRISTOPHER J. BECKER
8

9
                                         By:  /s/ Christopher J. Becker,
10                                            (as authorized on June 14, 2012)
                                              CHRISTOPHER J. BECKER
11
                                         Attorneys for Defendants
12                                       C.D. HOUGLAND, ET AL.

13

14                                **ORDER**

15          PURSUANT TO STIPULATION, IT IS SO ORDERED

16

17

18

19

20

21   Dated: June 19, 2012              /s/ Gregory G. Hollows

22                                       HON. GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28