1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Darryl Hubbard,

                        Plaintiff,

      v.

C.D. Hougland and D.K. McBride,

                    Defendant.

Case No.   2:09-CV-0939-JAM GGH P

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR DARRYL HUBBARD**

**[PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Darryl Hubbard (CDC # T-87937), necessary and material witness in proceedings in this case on August 14, 2012, is confined in Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960, in the custody of the Warden; in order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce this inmate at the United States Courthouse, 501 I Street, Sacramento, CA on August 14, 2012, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A writ of Habeas Corpus ad Testificandum issue, under seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in the custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

1    3. The Clerk of the Court is directed to serve this order and writ on plaintiff at his place of

2  confinement – Darryl Hubbard, T-87937, Salinas Valley State Prison, P.O. Box 1050, Soledad,

3  CA 93960-1050.

4    4. The Clerk of the Court is further directed to fax a courtesy copy of this order and writ to

5  the Litigation Coordinator at Salinas Valley State Prison at (831) 678-5503, and to serve a

6  courtesy copy of this Order and Writ of Habeas Corpus ad Testificandum on the Out-To-Court

7  Desk, California State Prison – Sacramento, P.O. Box 290007, Represa, California, 95671.

8  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

9  **To: Warden Anthony Hedgpeth, Salinas Valley State Prison, 31625 Highway 101,**

10  **P.O. Box 1020, Soledad, CA, 93960-1020:**

11    You are **COMMANDED** to produce the inmate named above to testify before the United

12  States District Court at the time and place above, and from day to day until completion of the

13  proceedings or as ordered by the court.

14    **FURTHER**, you have been ordered to notify the court of any change in custody of the

15  inmate and are ordered to provide the new custodian with a copy of this writ.

16

17

18    Dated: July 25, 2012          /s/ Gregory G. Hollows
        _____
19                      HON. GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

Order for Writ; Writ
Case No. 2:09-CV-0939-JAM GGH P

sf-3173426