UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DARRYL HUBBARD,

        Plaintiff,                          No. 2:09-cv-0939 JAM GGH P

  vs.

C.D. HOUGHLAND, et al.,

        Defendants.                **ORDER & WRIT OF HABEAS CORPUS**
_____/        **AD TESTIFICANDUM**

        Michael M. Cottrell, inmate # V-13200, a necessary and material witness in proceedings in this case on August 14, 2012, is confined in California State Prison Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671-0002, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Gregory G. Hollows, to appear by **video-conferencing** at California State Prison Sacramento, August 14, 2012, at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by **video-conferencing** before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California State Prison Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671-0002:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 25, 2012

                              /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

GGH:mp
hubb0939.841vc