1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  DARRYL HUBBARD,

12              Plaintiff,              No. 2:09-cv-0939 JAM AC P

13       vs.

14  C.D. HOUGLAND, *et al.*,

15              Defendants.              <u>ORDER</u>

16  _____/

17          Plaintiff, a state prisoner represented by counsel,[1] proceeds with a civil rights

18  action pursuant to 42 U.S.C. § 1983.  This case involves an allegation of excessive force that

19  occurred on July 7, 2008 by defendant guards Hougland and McBride.  Before the court are the

20  following motions filed by plaintiff: a motion for electronic filing, filed October 22, 2012; a

21  motion to continue the discovery deadline, filed November 29, 2012; a second motion for order

22  granting plaintiff leave to file electronically, filed December 3, 2012; and a second motion for

23  extension of time to complete discovery, filed December 21, 2012.  Defendants have not

24  responded to any of these motions.

25  _____

26       [1] Although plaintiff is presently represented by counsel, said counsel filed a motion to
withdraw on December 11, 2012, which is scheduled for hearing on February 6, 2013.

1    Turning first to plaintiff's motions for leave to file electronically, plaintiff's

2   request will be denied for two reasons.  Initially, plaintiff's request is moot because, as a

3   represented party, any documents filed by his attorney shall be filed electronically per Local

4   Rule 133(a) ("Unless excused by the Court or by the electronic filing procedures set forth in

5   these Rules, attorneys shall file all documents electronically pursuant to those Rules.").  Next,

6   although the Eastern District of California is an electronic management/filing district,

7   unrepresented persons are required to file and serve paper documents unless the assigned Judge

8   or Magistrate Judge grants leave to utilize electronic filing.  Local Rule 133(a) & (b)(2).  A

9   request to use electronic filing by a pro se party as an exception to the rule may be made as a

10   written motion setting out an explanation of reasons for the requested exception.  Local Rule

11   133(b)(3).  The court has reviewed plaintiff's motions and finds that they lack the necessary

12   explanation of reasons to file electronically.  Plaintiff's first motion states, in its entirety,

13   "Plaintiff is requesting permission to file on-line via the CM/ECF system."  Doc. No. 109.

14   Plaintiff's second motion states, again in its entirety, "Plaintiff is requesting permission to file

15   on-line via the CMECF sys [sic].  Please note this is my 2nd request."  Doc. No. 113.  Neither of

16   these motions "set[s] out an explanation of reasons for the exception."  Local Rule 133(b)(3).

17    With respect to plaintiff's motions to extend the discovery deadline, the court

18   notes that, by order dated April 5, 2010, the scheduling order in this case was vacated pending

19   resolution of defendants' motion to dismiss.  See Doc. No. 63.  Defendants' motion to dismiss

20   was only recently resolved, see Doc. No. 110, and no further scheduling orders have yet issued.

21   The court will issue a modified scheduling order following the February 6, 2012 hearing on

22   plaintiff's counsel's motion to withdraw.

23    Accordingly, IT IS HEREBY ORDERED that:

24    1.  Plaintiff's October 22, 2012 and December 3, 2012 motions for electronic

25   filing are denied; and

26   ////

2.  Plaintiff's November 29, 2012 and December 21, 2012 motions to continue the

discovery deadline are denied.

DATED: January 11, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;hubb0939.jo