IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL HUBBARD,** | Case No. 2:09-cv-0939-TLN-AC (P) |
| Plaintiff, | **ORDER** |
| v. | |
| **C. D. HOUGLAND, et al.,** | |
| Defendants. | |

On December 18, 2013, defendants Hougland and McBride filed a motion to modify the dispositive motion deadline. In doing so, defendants failed to comply with L. R. 137(b).[1] The court will nevertheless on this occasion grant the motion.

Accordingly, IT IS ORDERED, for good cause shown, that defendants' motion (ECF No. 130) is granted. Dispositive motions shall be filed no later than sixty (60) days after the court rules on the pending motion to compel.

DATED: January 13, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants are cautioned that proposed orders not submitted in compliance with L.R. 137(b), which requires filing a proposed order via CM/ECF in .pdf format as well as emailing it to the appropriate judge's email box, will not in future be considered by the court.