UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL HUBBARD,<br><br>          Plaintiff,<br><br>     v.<br><br>C.D. HOUGLAND, et al.,<br><br>          Defendants. | No. 2:09-cv-0939 TLN AC P<br><br><br><br>ORDER |

On April 1, 2014, Defendants filed a motion seeking partial reconsideration of the magistrate judge's order filed March 18, 2014, wherein Plaintiff's motion to compel further discovery responses was granted in part and denied in part. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the Court finds that it that the magistrate judge's ruling was not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 18, 2014 (ECF No. 133), is affirmed.

Dated: August 12, 2014

Troy L. Nunley
United States District Judge