UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL HUBBARD,<br><br>  Plaintiff,<br><br>  v.<br><br>C.D. HOUGLAND, et al.,<br><br>  Defendants. | No. 2:09-cv-0939 TLN AC P<br><br><br>ORDER |

By order filed on October 27, 2014, ECF No. 146, defendants were granted an extension of time until December 1, 2014 to serve their supplemental discovery responses upon plaintiff in conformity with the Court's March 18, 2014 order compelling additional responses, and the August 28, 2014 protective order. That deadline has expired. Defendants must file proof of having timely served the supplemental responses forthwith, and in any case, within seven days of the date of this order.

IT IS SO ORDERED.

DATED: December 23, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE