UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL L. HUBBARD, | No. 2:09-cv-0939 TLN AC P |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| C.D. HOUGLAND, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. The dispositive motion filing deadline expired on May 2, 2015. ECF No. 152. The court ordered the parties to participate in a settlement conference that was ultimately unsuccessful (ECF Nos. 155, 158), and this case will now proceed to trial. A further order setting pretrial and trial deadlines will issue at a later date. The court finds that it would be benefited by the appointment of counsel for plaintiff as this case proceeds to trial. The law firm of Shook, Hardy & Bacon has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed. Plaintiff shall be represented by Amir Nassihi, Joan Camagong, and Alicia Donahue.

Accordingly, IT IS HEREBY ORDERED that:

1. Amir Nassihi, Joan Camagong, and Alicia Donahue of Shook, Hardy & Bacon are appointed as counsel in the above entitled matter for the purpose of pursing this action on

1

plaintiff's behalf through pretrial and trial.

    2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

    3. The Clerk of the Court is directed to serve a copy of this order upon Amir Nassihi, Joan Camagong, and Alicia Donahue, Shook, Hardy & Bacon, One Montgomery Street, Suite 2700, San Francisco, CA 94104.

DATED: October 30, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE