UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL L. HUBBARD, | No. 2:09-cv-0939 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| CD HOUGLAND, et al., | |
| Defendants. | |

On November 2, 2015, pro bono counsel was appointed to represent plaintiff in this matter. ECF No. 159. Counsel has now filed a motion to withdraw from this case. ECF No. 163. The motion is scheduled to be heard on July 27, 2016 at 10:00 a.m. in Courtroom 26 on the 8th floor of the Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, California, 95814. Plaintiff is advised that he must appear for the hearing in person.

Accordingly, IT IS HEREBY ORDERED that on July 27, 2016, plaintiff shall appear in person for the 10:00 a.m. hearing on counsel's motion to withdraw.

DATED: June 30, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE