Alicia J. Donahue, SBN 117412
adonahue@shb.com
Amir Nassihi, SBN 235936
anassihi@shb.com
Joan R. Camagong, SBN 288217
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

*Attorneys for Plaintiff*
Darryl L. Hubbard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARRYL L. HUBBARD,<br><br>          Plaintiff,<br><br>     v.<br><br>C.D. HOUGLAND, *et al.*,<br><br>          Defendants. | Case No. 2:09-cv-00939-TLN-AC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL**<br><br>Date:         July 27, 2016<br>Time:        10:00 a.m.<br>Courtroom: 26 – 8th Floor<br>Judge:       Hon. Allison Claire |

Upon consideration of all the papers filed in connection therewith, and for good cause appearing therefore, Plaintiff's Request for Leave to Appear Telephonically is hereby GRANTED.

IT IS SO ORDERED.

DATED: July 20, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER
CASE NO. 2:09-cv-00939-TLN-AC

352981 v1