UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL HUBBARD, | No. 2:09-cv-00939-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| C.D. HOUGLAND, and D. MCBRIDE, | |
| Defendants. | |

This matter is set for trial before the Court on November 14, 2016. Defendants C.D. Hougland and D. McBride (jointly "Defendants") filed Objections to Plaintiff's Exhibits at Trial (ECF No. 185). In their objections, Defendants proffer reasons — such as irrelevance, inadmissible character evidence and inadmissible hearsay — why some of the exhibits are inadmissible. (ECF No. 185 at 1.) The Court will not rule on the admissibility of the exhibits prior to those exhibits being offered at trial. Should Defendant raise objections to exhibits at trial, the Court will rule in a manner consistent with the Federal Rules of Evidence. However, the Court will not speculate on admissibility prior to learning the reasons for potential admission at trial.

Defendants also explain that Plaintiff Darryl Hubbard ("Plaintiff") did not provide a copy of all of the exhibits on Plaintiff's list of proposed exhibits. (ECF No. 185 at 1.) The parties are ordered to exchange copies of any exhibits which have not already been provided to the opposing

1

party by 5 p.m. on November 7, 2016. The Court will not permit any exhibits to be admitted at trial that were not provided to the opposing party prior to November 7, 2016.

      Lastly, it is mandatory the parties shall file a short, jointly-prepared statement concerning the nature of this case that will be read to the jury at the commencement of trial (NO EXCEPTIONS). The joint statement of the case shall include in plain concise language Plaintiff's claims and claims of other parties, if any, and any corresponding defenses to the claims, if applicable. The purpose of the joint statement of the case is to inform the jury at the outset, what the case is about. The statement must be filed with the Court by 5 p.m. on November 11, 2016.

      IT IS SO ORDERED.

Dated: November 2, 2016

Troy L. Nunley
United States District Judge